UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW U.D. STRAW,

               Plaintiff,

      -against-

DENTONS US LLP; KEVIN P. MCGOFF;
INDIANA UNIVERSITY MCKINNEY
SCHOOL OF LAW; PUBLISHER THOMSON
WEST, PUBLISHER OF NORTH EASTERN
REPORTER,

              Defendants.

20-CV-3312 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued June 11, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    Chambers will mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 11, 2020
           New York, New York

                                                                           *Louis L. Stanton*
                                                                          Louis L. Stanton
                                                                              U.S.D.J.