**MANDATE**

N.Y.S.D. Case # 20-cv-3312(JGK)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand and twenty,

_____

Andrew U.D. Straw,

    Plaintiff - Appellant,

v.

Dentons US LLP, Kevin P. McGoff, Indiana University McKinney School of Law, Publisher Thomson West, Publisher of North Eastern Reporter,

    Defendants - Appellees.

_____

**ORDER**
Docket Number: 20-2075

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/2020

A notice of appeal was filed on June 29, 2020. Appellant's Form C was due July 13, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 28, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/03/2020