**MANDATE**

1:20-cv-03312-JGK

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand and twenty,

Andrew U.D. Straw,

    Plaintiff - Appellant,

v.

Dentons US LLP, Kevin P. McGoff, Indiana University McKinney School of Law, Publisher Thomson West, Publisher of North Eastern Reporter,

    Defendants - Appellees.

**ORDER**
Docket Number: 20-2075

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 08 2020

A notice of appeal was filed on June 29, 2020. Appellant's Form C was due July 13, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 28, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**CORRECTED MANDATE ISSUED ON 09/08/2020**